NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOUNCE, Legal K.R. Conory,**

*Plaintiff-Appellant*

**v.**

**MIAMI BEACH, FL, MIAMI BEACH POLICE DEPARTMENT, OFFICER L. AZICRI, in their individual and official capacities, OFFICER D. DAMUS, in their individual and official capacities, OFFICER G. PARADA, in their individual and official capacities,**

*Defendants-Appellees*

---

2025-1625

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:25-cv-20937-DPG, Judge Darrin P. Gayles.

---

PER CURIAM.

### O R D E R

Appellant seeks review of the United States District Court for the Southern District of Florida's dismissal of his complaint alleging civil rights violations. On April 24, 2025, this court directed the parties to address this court's jurisdiction. None of the parties have filed a response.

In general, this court only has authority to review district court decisions in cases that arise under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or cases that involve certain damages claims against the United States not exceeding $10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2). This appeal does not fall within any of those categories. We conclude that transfer to the United States Court of Appeals for the Eleventh Circuit is appropriate under the circumstances. *Id.* §§ 41, 1291, 1631.[1]

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 20, 2025
   Date

---

[1]    Although the district court directed appellant to file an amended complaint, he appears to have decided to stand on his complaint. *See Schuurman v. Motor Vessel Betty K V*, 798 F.2d 442, 445 (11th Cir. 1986) ("For appeal purposes, we hold that the order of dismissal in this situation becomes final upon the expiration of the time allowed for amendment.").